UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Robert V. Towle

               v.               Case No. 15-cv-117-SM

Warden, New Hampshire State Prison

O R D E R

After due consideration of the Petitioner's objection and Respondent's response filed (doc. nos. 58 and 59, respectively) to the Report and Recommendation (doc. no. 56), I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 30, 2017, for the reasons set forth therein.

Petitioner's Motion for Preliminary Injunction (doc. no. 31) is denied, and his Motion for Summary Judgment as to injunctive relief (doc. No. 38) is denied, without prejudice. The Respondent's request for the court to issue an order directing the Petitioner to cull documents from his legal materials (doc. no. 51) is also denied. The Court's August 10, 2016 temporary restraining order (doc. No. 32) is hereby dissolved.

SO ORDERED.

Steven J. McAuliffe
United States District Judge

Date: March 3, 2017

cc:     Robert V. Towle, pro se
        Donna Brown, Esq.
        Elizabeth C. Woodcock, Esq.
        Lynmarie C. Cusack, Esq.