UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Robert Towle

    v.                             Case No. 15-cv-117-SM

Warden, New Hampshire State
Prison for Men

## REPORT AND RECOMMENDATION

In an Order issued simultaneously with this Report and Recommendation ("R&R"), the court has stayed this matter, except as to any objections to and the district court's disposition of this R&R and the R&R issued January 16, 2018 (Doc. No. 100), to allow petitioner, Robert Towle, to exhaust claims of ineffective assistance of trial counsel in the state courts, concerning respondent's assertion of Towle's procedural default of Claims 1-11 in his § 2254 petition.  The following motions are at issue in this R&R:

- Respondent's Motion for Summary Judgment (Doc. No. 72);

- Petitioner's Motion for Evidentiary Hearing (Doc. No. 78); and

- Petitioner's Motion to Vacate Deadline for Objection to Motion for Summary Judgment (Doc. No. 102).

All three of those motions in this case will be impacted by Towle's exhaustion efforts in the state courts, undertaken in compliance with the Order issued on this date.  Accordingly, the

district judge should approve this R&R and deny the motion for summary judgment (Doc. No. 72), the motion for an evidentiary hearing (Doc. No. 78), and the motion to vacate deadline (Doc. No. 102), without ruling on their merits, and without prejudice to the parties' ability to refile or amend them, after the stay is lifted.

Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice.  See Fed. R. Civ. P. 72(b)(2).  The fourteen-day period may be extended upon motion.  Failure to file specific written objections to the Report and Recommendation within the specified time waives the right to appeal the district court's order.  See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016); Fed. R. Civ. P. 72(b)(2).

_____
Andrea K. Johnstone
United States Magistrate Judge

February 1, 2018

cc:   Robert Towle, pro se
      Elizabeth C. Woodcock, Esq.
      Lynmarie C. Cusack, Esq.