```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Robert V. Towle

    v.                                                  Case No. 15-cv-117-SM

NH State Prison, Warden

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 16, 2018, for the reasons set forth therein.

                                             _____
                                           Steven J. McAuliffe
                                           United States District Judge

Date: February 15, 2018

cc:   Robert V. Towle, pro se
      Elizabeth C. Woodcock, Esq.
      Lynmarie C. Cusack, Esq.