```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Robert V. Towle

    v.                                                  Case No. 15-cv-117-SM

NH State Prison, Warden


## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 19, 2018, for the reasons set forth therein. Petitioner's Motion for Temporary Restraining Order is hereby denied.

                                            Steven J. McAuliffe
                                            United States District Judge

Date: December 4, 2018

cc:  Robert V. Towle, pro se
     Elizabeth C. Woodcock, Esq.
      Lynmarie C. Cusack, Esq.